Daniel J. Rohlf, OSB 990069
rohlf@lclark.edu
Telephone: (503) 768-6707
Thomas Buchele, OSB 081560
tbuchele@lclark.edu
Telephone (503) 768-6736
Earthrise Law Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219-7768

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| AUDUBON SOCIETY OF PORTLAND, WILDLIFE CENTER OF THE NORTH COAST, ANIMAL LEGAL DEFENSE FUND, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF ANIMALS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, U.S. FISH AND WILDLIFE SERVICE, USDA WILDLIFE SERVICES,<br><br>Defendants. | Civil No. 15-665<br><br>**DECLARATION OF DAN VAN DEN BROEK** |

I, Dan van den Broek, declare as follows:

1.      I am a resident of Gladstone, Oregon.

2.      I have been employed as a trip leader and educator for the Audubon Society of Portland ("Audubon") for 10 years.  Prior to being employed by Audubon, I worked in a volunteer capacity leading bird watching and educational trips since 1990.  I am also a member of Audubon and have been since 1985.

3. Audubon Society of Portland in a non-profit organization that was founded in 1902 by a group of conservationists and now has over 15,000 members. Audubon's mission is to promote the understanding, enjoyment, and protection of native birds, other wildlife and their habitats. Audubon engages in conservation and education work related to wildlife species and habitats, as well as managing a wildlife rehabilitation center and several wildlife sanctuaries throughout Oregon.

4. As a trip leader and educator for Audubon I lead trips locally throughout Oregon and Washington, as well as nationally and internationally. Trips are primarily focused on bird watching, but also include educational information on natural history and local culture. Audubon typically leads paid trips to the Columbia River Estuary ("Estuary") as part of our 'School of Birding' and 'World of Birds' programs several times per year. The highlights of these trips to the Estuary is the abundance of wildlife in the area, especially the diversity of species, among them the three species of cormorants often found in the area, including the Double-crested Cormorant.

5. Double-crested cormorants are a species of significant attraction for these trips to the Estuary, especially when they are found in high concentrations as it increases the chance of observing the birds actively foraging or roosting in groups. A spectacle, and destination stop for these trips is the Hammond Boat Basin, where you can often observe high concentrations of all three species of cormorants roosting and foraging together.

6. Audubon will continue to lead trips to the Estuary, so long as there is an abundance of wildlife and intact and functioning ecosystems can be observed, which includes healthy populations Double-crested Cormorants.

7. The potential of one of our guided trips coming into contact with direct or indirect evidence of any of the proposed population management actions slated for the Estuary may create an emotional and/or physical deterrent for future trips in this area. The chance of observing a wounded, suffering or deceased cormorant that was either improperly dispatched or disposed of as part of the population management actions, would make such a trip very unattractive to our potential clients. Additionally, a dramatic decrease in cormorant sittings in the Estuary due to abandonment of the colony because of the disturbance of population management actions on the island would greatly decrease the marketability of these trips as Double-crested Cormorants are often a highlight. This decreased marketability and fear of witnessing evidence of this massive cormorant slaughter could lead these trips to no longer be viable for Audubon to lead.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 27, 2015.

*/s/ Daniel van den Broek*

_____

Dan van den Broek