Daniel J. Rohlf, OSB 990069
rohlf@lclark.edu
Telephone: (503) 768-6707
Thomas Buchele, OSB 081560
tbuchele@lclark.edu
Telephone: (503) 768-6736
Earthrise Law Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219-7768

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AUDUBON SOCIETY OF PORTLAND, WILDLIFE CENTER OF THE NORTH COAST, ANIMAL LEGAL DEFENSE FUND, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF ANIMALS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, U.S. FISH AND WILDLIFE SERVICE, USDA WILDLIFE SERVICES, <br><br> Defendants. | Case No.: 3:15-cv-00665-MO <br><br> DECLARATION OF VIRGINIA HUANG, In Support of Plaintiff's Motion for Preliminary Injunction |

I, DR. VIRGINIA HUANG, state and declare as follows:

      1.     I reside in Woodland, Washington, where I have been living for the past 10 years.

I work as a board certified plastic surgeon in Vancouver, Washington.

DECLARATION OF VIRGINIA HUANG                                                                 1

2.  I have been a member of the Animal Legal Defense Fund ("ALDF") since March 2014, and have regularly donated to the organization. I keep up to date with ALDF's activities and efforts by following their newsletters and online media postings.

3.  I initially joined ALDF because the organization's mission of protecting animal welfare reflects my deep personal interest in wildlife and animals. For many years I have been an avid animal lover, which is reflected in my consistent wildlife-watching trips, my adoption of four cats and two dogs, and my membership in a variety of other animal protection organizations.

4.  My husband and I have been enthusiastic sea kayakers for the past 6 years. We kayak along the Columbia River every few months. One of the best parts about sea kayaking in the area is being able to watch the wide variety of wildlife on the river, especially the Double-crested Cormorants. We are constantly on the lookout to see these birds swimming or sunning themselves on posts every time we go kayaking. Typically we enjoy kayaking in areas of the river ranging from Ridgefield, Washington to the Columbian White-Tailed Deer National Refuge Center. We plan to continue kayaking along the Columbia River to see the cormorants and other wildlife throughout this year and into the future.

5.  My husband and I also visit Astoria, Oregon two to three times a year to see more of the Columbia River wildlife. The Double-crested Cormorants that are always there are absolutely beautiful. I love watching them dive majestically from the air into the water by stretching out into a torpedo shape before plunging underneath the waves. When they swim, I have noticed that only their heads come above the water—they look like snakes until they fully reemerge or dive back down. Often they will perch on posts, where I gain immense pleasure from being able to watch them warm up in the sun. My husband and I plan to continue visiting

Astoria as often as possible to see the cormorants and other wildlife, including several times this year.

6.      Until 2010, I volunteered on the weekends with the Wildlife Center of the North Coast, a volunteer-based nonprofit in Astoria, Oregon. I was president of that organization's board of directors from 2009 to 2010. This organization is the only wildlife hospital on the Central and North Oregon coast, and it specializes in water birds like Double-crested, Pelagic, and Brandt's Cormorants, Caspian Terns, and scoters. I loved helping to rehabilitate injured and sick birds found on beaches in the area. Many of the injuries were from encounters with humans, which I found tragic, and fueled my inspiration to volunteer there. My favorite part was participating in the bird releases. After successfully rehabilitating birds, we would go to a beach dock, open the crates holding the birds, and then let them jump out and into the water when they were ready. It was such a good feeling to know I was helping the birds to survive. Beyond that, seeing cormorants and other seabirds up close was an incredible part of volunteering, and I formed long-lasting connections with them.

7.      Along with my rehabilitation work, in 2009 I also helped to identify the Long Beach man who purposefully slammed into seabirds with his vehicle killing and maiming dozens of them by issuing a press release about this horrible incident.  The resulting publicity forced the man to come forward to the authorities.  This was an appalling problem that I helped to publicize by focusing media attention on the issues with seabirds and vehicles on the beach. The local newspaper wrote an article about my efforts—its coverage can be found at http://www.oregonlive.com/news/index.ssf/2009/07/crusader_targets_drivers_who_c.html.

8.      Knowing that some of the same Double-crested and other cormorants that I helped to rehabilitate and release into the wild are likely to be shot is emotionally devastating to

DECLARATION OF VIRGINIA HUANG                                                                                      3

me. This is particularly concerning because some of the rehabilitated bird release locations are directly within the area permitted for shooting. There is a chance that the birds I cared for and brought back to health will be killed or injured. If I found a bird injured by gunfire I would be horrified. I would immediately try to catch the bird and take it back to the rehabilitation center.

9.     Watching Double-crested Cormorants in their natural habitat has been a gratifying part of my adult life and continues to remain important to my recreational enjoyment. The Army Corps of Engineers' plan to shoot cormorants, along with the attendant maiming, injuring, and killing of these birds, is an affront to my aesthetic and emotional interests in viewing this population of seabirds. I would especially suffer emotional trauma if—while in my kayak along the Columbia River or in and around Astoria—I witnessed a cormorant or other bird get shot, or if I came upon one who had been injured or maimed from the shootings. In addition, in the event the birds are killed, there will be far fewer cormorants for me to observe, which would have a huge negative impact on my ability to enjoy observing a healthy and active population of cormorants—both in Astoria and along the Columbia River where I kayak.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of April, 2015, at Woodland, WA.

_____  4/24/15
VIRGINIA HUANG

DECLARATION OF VIRGINIA HUANG                                                                 4