JOHN C. CRUDEN
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
BRADLEY H. OLIPHANT, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1381 (tel)
(303) 844-1350 (fax)
Email:  bradley.oliphant@usdoj.gov
STEPHEN FINN
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-3284 (tel)
(202) 353-0506 (fax)
E-mail: stephen.finn@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AUDUBON SOCIETY OF PORTLAND, WILDLIFE DEFENSE FUND, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF ANIMALS**, <br>            Plaintiffs, <br><br>       v. <br><br>U**.S. ARMY CORPS OF ENGINEERS, U.S. FISH AND WILDLIFE SERVICE, USDA WILDLIFE SERVICES**, <br>            Defendants. | No. 3:15-cv-665-SI <br><br> **DECLARATION OF STEPHEN FINN** |

I, Stephen Finn, declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a trial attorney at the U.S. Department of Justice, Environment and Natural Resources Division, and an attorney or record for the Federal Defendants in the captioned litigation.

2.      This declaration is submitted in support of Federal Defendants' response to Plaintiffs' motion for a preliminary injunction.

## DOCUMENTS

3.      Attached as Exhibit 1 (page USACE AR 000045) to this declaration is a true and correct copy of the March 19, 2015, Department of the Army, Corps of Engineers, Northwest Division, Record of Decision, Double-Crested Cormorant Management Plan to Reduce Predation of Juvenile Salmonids in the Columbia River Estuary Environmental Impact Statement obtained from the Corps of Engineers.

4.      Attached as Exhibit 2 to this declaration is a true and correct copy of the March 23, 2015, U.S. Fish and Wildlife Service, Migratory Bird Depredation Permit Application, for the Corps of Engineers, obtained from the Fish and Wildlife Service.

5.      Attached as Exhibit 3 (page USACE AR 000001) to this declaration is a true and correct copy of the April 13, 2015, U.S. Fish and Wildlife Service, Migratory Bird and Habitat Program, Record of Decision, Depredation Permit Associated with Double-crested Cormorant Management Plan to Reduce Predation of Juvenile Salmonids in the Columbia River Estuary, obtained from the Corps of Engineers.

6.       Attached as Exhibit 4 (page USACE AR 000033) to this declaration is a true and correct copy of the April 13, 2015, U.S. Fish and

Wildlife Service, Federal Fish and Wildlife Depredation Permit issued to the U.S. Army Corps of Engineers, obtained from the Corps of Engineers.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., on May 6, 2015,

*/s/Stephen Finn*
STEPHEN FINN (NY 2574986)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice

FINN DECLARATION                                                                                                                3